**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:BGK
F. #2023R00666

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2026

By ECF
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Justin Nudelman
Criminal Docket No. 23-437 (AMD)

Dear Judge Donnelly:

Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Justin Nudelman, has agreed to in connection with his guilty plea accepted by Your Honor on January 6, 2026. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Brendan G. King
Brendan G. King
Assistant U.S. Attorney
(718) 254-6006

Encl.: Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)